# United States Bankruptcy Court
## Northern District of Ohio

In re: **Calvin V. Westley, Sr.** / **LaShawn E. Westley**, Debtor(s)

Case No. **16-10729**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-6912**

Joint Debtor's Social Security Number: **xxx-xx-8664**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Calvin V. Westley, Sr. and LaShawn E. Westley**

Street: **7254 Craigmere Drive**

City, State and Zip: **Middleburg Heights, OH 44130**

Telephone #:

**Please be advised that effective November 6, 2017,**
**my (our) new mailing address and telephone number is:**

Name: **Calvin V. Westley, Sr. and LaShawn E. Westley**

Street: **205 Jaycox Road**

City, State and Zip: **Avon Lake, Ohio 44012**

Telephone #:

/s/ **Calvin V. Westley, Sr.**
**Calvin V. Westley, Sr.**
Debtor

/s/ **LaShawn E. Westley**
**LaShawn E. Westley**
Joint Debtor