**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | Calvin V. Westley, Sr. | ) Case No. 16-10729 |
| | Lashawn E. Westley | ) Chapter 13 Proceedings |
| | Debtors | ) Judge Arthur I. Harris |

## CHAPTER 13 TRUSTEE'S MOTION FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004

Now comes **LAUREN A. HELBLING**, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and hereby moves this Honorable Court to issue an Order requiring Calvin V. Westley, Sr. and Lashawn E. Westley to appear for examination pursuant to Bankruptcy Rule 2004. In support of her motion, the Trustee makes the following representations to the Court:

1. On or about February 8, 2018, the Trustee sent correspondence to the Debtor and their counsel of record reminding them of the Debtors annual responsibility to provide certain documents to the Trustee.

2. As of this date, the Trustee has not received one or more of the following items:

    a. 2017 federal tax return for Debtor (and spouse, if married);
    b. Any and all schedules filed with the return including, but not limited to, Schedule A for itemized deductions, Schedule C for business income or loss and Schedule E for rental real estate and special entities;
    c. Completed and signed Declaration of Income form;
    d. Any and all W-2 and 1099 income statements used to prepare the return;

3. The Debtors are requested to bring to this exam:

    - Copy of any of the above-listed items that have not already been provided to the Trustee;
    - Copy of Schedules I and J that reflects Debtor's current financial situation for income and expenses;
    - Copy of pay advices for the months of April and May 2018 if Debtor is employed;

**WHEREFORE**, your Trustee, being a proper party in interest, moves this Honorable Court to grant this motion and order Calvin V. Westley, Sr. and Lashawn E. Westley to appear on Wednesday, July 25, 2018 at 1:00 P.M. for examination for the reasons cited and to supply the documents requested.

/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
Ch13trustee@ch13cleve.com

# **CERTIFICATE OF SERVICE**

I certify that on June 19, 2018, a true and correct copy of this Motion was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    William J Balena, on behalf of Lashawn E. Westley & Calvin V. Westley, Sr., Debtors at Docket@Ohbksource.Com

And by regular U.S. mail, postage prepaid, on:

    Lashawn E. Westley & Calvin V. Westley, Sr., Debtors, at 205 Jaycox Road , Avon Lake , OH 44012

/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
(216) 621-4268