The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 27, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated:  June 27, 2018

ENTERED UNDER ADMINISTRATIVE
ORDER NO. 02-10: TERESA D. UNDERWOOD,
CLERK OF COURT
BY:  /s/ A. A. Threatt
Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re:  Calvin V. Westley, Sr.  ) Case No. 16-10729
Lashawn E. Westley  ) Chapter 13 Proceedings
 ) Judge Arthur I. Harris
Debtors  )

**ORDER GRANTING CHAPTER 13 TRUSTEE'S MOTION FOR**
**EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004**

Upon consideration of the Trustee's Motion for Examination pursuant to Bankruptcy Rule 2004, and for good cause shown:

**IT APPEARS** to the Court the that the Trustee's Motion for Examination pursuant to Bankruptcy Rule 2004 is well taken, and will be granted.

**IT IS ORDERED** that, pursuant to the Trustee's Motion, Calvin V. Westley, Sr. and Lashawn E. Westley, as well as their counsel, William J Balena, will appear for examination pursuant to Bankruptcy Rule 2004 at the following time and place:

**Wednesday, July, 25, 2018 at 1:00 P.M.**
341 Meeting Room, 6th Floor
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland OH  44114

**IT IS FURTHER ORDERED** that Calvin V. Westley, Sr. and Lashawn E. Westley are required to bring to this examination all the documents and records as listed and requested in the Trustee's motion for examination.  Failure to comply with this Order and appear for examination is cause for dismissal of this case.

Submitted by:
/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13trustee@ch13cleve.com

**SERVICE LIST**

Lauren A. Helbling, Chapter 13 Trustee, (served via ECF)

William J Balena, Attorney for Debtors
(served via ECF)

Lashawn E. Westley & Calvin V. Westley, Sr., Debtors
205 Jaycox Road
Avon Lake  OH 44012

###